AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANDRE MAURICE BROWNLOW

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV205-144

JOSE M. VAZQUEZ, WARDEN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated December 28, 2005, judgment is hereby entered dismissing case without prejudice.Dec

December 28, 2005
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03